UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

IN RE: )
)
DIEBOLT LUMBER & SUPPLY, INC., ) Case No. 14-22582-RDB
)
Debtor-in-Possession. )
)

**APPLICATION FOR CONTINUED EMPLOYMENT OF UNITED COUNTRY
COMMERCIAL AS DEBTOR'S REAL ESTATE BROKER**

COMES NOW Diebolt Lumber & Supply, Inc. ("Debtor"), as Debtor and Debtor in Possession, and submits its Application for Continued Employment of United Country Commercial as Debtor's Real Estate Broker ("Application"). In support thereof, Debtor states and alleges as follows:

1. Debtor filed its voluntary petition in bankruptcy under Chapter 11 on October 29, 2014 (the "Petition Date"), and continues to operate its business as Debtor-In-Possession.

2. Debtor, in cooperation with its senior secured lender Community National Bank & Trust, has determined that a sale of substantially all of Debtor's assets will maximize the value of Debtor's estate and will provide the most viable, efficient resolution of the remaining issues in its bankruptcy case. To that end, Debtor has commenced efforts to market and sell its assets (the "Sale Efforts").

3. To assist Debtor with its Sale Efforts, Debtor desires to continue to employ United Country Commercial and Kurt Hollenburg, Broker/Owner ("United Country") as its real estate broker ("Broker"). Specifically, the Debtor seeks to employ United Country to assist in the analysis, marketing, and due diligence connected with the Sale Efforts and the consummation of a § 363 sale via private agreement.

1

4. The employment of United Country to serve as broker and auctioneer was already approved in an order entered March 21, 2015 (Doc. 58).

5. United Country completed its auction of personal property and conducted an auction of the Debtor's real property on April 18, 2015. The real property did not sell at auction.

6. Debtor conducted appropriate due diligence concerning the background, skill, and qualifications of United Country, and Debtor is satisfied that United Country is qualified to act as Debtor's Broker.

7. The Debtor proposes to continue to engage and compensate United Country on the terms and conditions described more fully in the attached Exclusive Right to Sell Agreement, (the "Agreement"), annexed hereto as *Exhibit A*. Under the Agreement, United Country will list the real property located at 2661 Nebraska Road, La Harpe, KS at $980,000 and be entitled to 6% brokerage fee in return for marketing and assisting in the sale of the real property.

8. Attached hereto and incorporated herein is the Rule 2014 Affidavit of Kurt Hollenberg, the Broker/Owner of United Country. United Country understands that there is a continuing duty to disclose any adverse interests.

9. United Country is a disinterested person within the meaning of Section 327(a) of the Bankruptcy Code.

10. United Country holds no interest materially adverse to the Debtor or the Debtor's estate on the matters upon which he is to be engaged and this employment would be in the best interest of the bankruptcy estate.

11. Other than having served as a broker in connection with other bankruptcy cases for which Debtor's counsel Lentz Clark Deines PA has served as Debtor's counsel, and having served as broker for Debtor in this case, United Country has no connections with the Debtor, creditors, parties in interest, their respective attorneys and accountants, United States Trustee or

any person employed in the Office of the United States Trustee. In accordance with Bankruptcy Rule 2014(a), the Debtor has transmitted a copy of this Application to the United States Trustee.

WHEREFORE, the Debtor respectfully prays for an Order authorizing the immediate employment of United Country as Broker; approving the compensation of United Country on the terms and conditions described above; and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

LENTZ CLARK DEINES PA

s/ Shane J. McCall
Jeffrey A. Deines, KS #20249
Shane J. McCall, KS #24564
9260 Glenwood
Overland Park, KS 66212
(913) 648-0600
(913) 648-0664 Telecopier
jdeines@lcdlaw.com
smccall@lcdlaw.com
Attorneys for Debtor-in-Possession

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was electronically transmitted to those parties designated with the Court to receive such notification, on this 22nd day of May, 2015.

s/ Shane J. McCall
Shane J. McCall

## VERIFIED STATEMENT OF KURT HOLLENBERG

I, Kurt Hollenberg, being first duly sworn, in view of the Application for Continued Employment of United Country Commercial as Debtor's Real Estate Broker, request that I be employed as broker to perform certain services in the above-entitled matter, and hereby make solemn oath:

1. United Country Commercial ("United Country") is a disinterested person within the meaning of § 327(a) of the Bankruptcy Code.

2. To the best of my knowledge, United Country represents no interest materially adverse to the Debtor or the Debtor's estate on the matters upon which I am to be engaged.

3. To the best of my knowledge, other than having served as a broker in connection with other bankruptcy cases for which Debtor's counsel Lentz Clark Deines PA has served as Debtor's counsel, and having served as broker for Debtor in this case, United Country has no connections with the Debtor, creditors, any other parties in interest, their respective attorneys and accountants, United States Trustee or person employed in the office of the United States Trustee.

4. In order to determine that United Country, in fact, represents no interest materially adverse to the Debtor or the estate, I have reviewed this Application and conversed with Debtor's counsel, upon whom I have relied to determine that United Country has no conflict with this Debtor or this bankruptcy estate.

5. I understand that I have a continuing duty to disclose any subsequently discovered adverse interest or connections.

6. I have read the foregoing Application and the statements contained therein are true and accurate according to the best of my knowledge, information, and belief.

7. I verify under penalty of perjury that the foregoing is true and correct.

Dated this 21st day of May, 2015.

        *Kurt Hollenberg* (signature)
Kurt Hollenberg
Broker/Owner
United Country Commercial
2909 Falling Leaf Lane Ste J
Columbia MO 65201
Office: (800) 895-4430
Fax:    (573) 474-8212
Cell:    (573) 220-6155
kurth@missourilandandhome.com

STATE OF   Missouri  )
                           ) ss:
COUNTY OF   Boone  )

    On this 21st day of May, 2015, personally before me came Kurt Hollenberg to me known and known to me to be the individual who executed the foregoing instrument, and he duly acknowledged to me that he executed same.

My Commission Expires  12/18/17

NOTARY PUBLIC
*(signature)*

KEN CARTER
My Commission Expires
December 18, 2017
Boone County
Commission #13559177